IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAVIGATORS SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                          Civ. No. 25-1020 GJF/GBW

HERBERT DIAZ, *et al.*

    Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE

THIS MATTER comes before the Court on Plaintiff's Motion to Extend Time to Serve. *Doc. 3*. Plaintiff represents that they have been trying to locate an agent to accept service for defendant Victoria Xpress but have been unsuccessful. *Id.* at 1-2. Plaintiff states that they will serve individual defendants on or before March 6, 2026, but requests additional time "to consider all service options regarding the corporate defendant." *Id.* at 2. Plaintiff requests an extension until April 29, 2026, to serve Victoria Xpress. *Id.* Being fully advised, the Court finds that Plaintiff's Motion is well-taken and will GRANT IT IN PART.

IT IS THEREFORE ORDERED THAT Plaintiff has until **March 6, 2026,** to:

1. Serve <u>all</u> defendants;
2. Move for permission for alternative service; or
3. Dismiss unserved defendants without prejudice.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE