**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NAVIGATORS SPECIALTY
INSURANCE COMPANY,

Plaintiff,

v. No. 2:25-cv-01020-DHU-GBW

HERBERT DIAZ, CYPRUS CHARLES JACKSON,
JORGE LOPEZ, VICTORIA XPRESS, INC.,
and REALIST LOGISTICS, LLC,

Defendants.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on September 22, 2026. Doc. 15. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 3. To date, no party has filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

The Court concludes that the PFRD written by the Honorable Gregory Wormuth, Chief United States Magistrate Judge for the United States District Court for the District of New Mexico, is not clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion, and the Court therefore adopts it.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 15) are **ADOPTED**; and
2. Plaintiff's claims against Defendants Cyprus Charles Jackson, Jorge Lopez, Victoria Xpress, Inc., and Real Logistics, LLC, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

______________________________________
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE